UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

MELISSA VAN PATTEN, person representative for the estate of Melinda Van Patten,

    Plaintiff,

v.

WASHINGTON COUNTY, by and the Washington County Sheriff's Office,

    Defendant.

Case No. 3:15-cv-00891-AC

VERDICT FORM

We, the jury, find as follows:

1. Did Melinda Van Patten's estate establish by a preponderance of the evidence that there was probable cause to believe that Ken Van Patten had placed Melinda Van Patten in fear of imminent serious physical injury on May 26, 2013?

    _____ Yes      \_\_X\_\_ No

PAGE 1 — VERDICT FORM

*If you answered "Yes" to Question No. 1, proceed to Question No. 2.*

*If you answered "No" to Question No. 1, you are finished. Your presiding juror should sign and date this verdict form.*

2. Was the Deputies' failure to arrest Ken Van Patten the but-for cause of Ken Van Patten killing Melinda Van Patten on May 27, 2013, resulting in damages to Melinda Van Patten's estate?

_____ Yes    _____ No

*If you answered "Yes" to Question No. 2, proceed to Question No. 3.*

*If you answered "No" to Question No. 2, you are finished. Your presiding juror should sign and date this verdict form.*

3. What are Melinda Van Patten's estate's damages?

$ _____ Economic Damages

$ _____ Non-economic Damages

*Your presiding juror should sign and date this verdict form.*

DATED this __12__ day of July, 2017.

_____
PRESIDING JUROR